# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

Date: 2/13/15

In re:   Case No.:   15–12007 PM     Chapter:   7

River Properties, LLC
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 1 – Chapter 7 Voluntary Petition. Fee Amount $335 Filed by River Properties, LLC. (Lee, Brian)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 2/27/15.**

CURE: Corporate Resolution was not filed.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Phaedra Neal  301–344–3371

cc:   Debtor(s)
      Attorney for Debtor(s) – Brian V. Lee

Form defntc (11/2013)