United States Bankruptcy Court
District of Maryland

In re:                                                                          Case No. 15-12007-pm
River Properties, LLC                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: pneal                 Page 1 of 1                  Date Rcvd: Feb 13, 2015
                              Form ID: B9B                Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2015.
```
db              +River Properties, LLC,   5305 59th Avenue,   Riverdale, MD 20737-3211
29101192        +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
                  Baltimore, MD 21201-2305
29100995        +Elliott N. Lewis, Esq.,   111 N. Charles Street,   Seventh Floor,   Baltimore, MD 21201-3803
29100996        +LB Walker,   5305 59th Avenue,   Riverdale, MD 20737-3211
29101191         Prince George's County,   Treasurer Division,   Room 1090,   Upper Marlboro, MD 20772
29101193        +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
                  Baltimore, MD 21201-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: bvlee@lee-legal.com Feb 13 2015 19:58:39     Brian V. Lee,   Lee Legal,
                  1250 Connecticut Avenue NW,   Second Floor,   Washington, DC 20036
tr              +EDI: QCEROSE.COM Feb 13 2015 19:58:00      Cheryl E. Rose,   12154 Darnestown Road,   #623,
                  Gaithersburg, MD 20878-2206
29100997        +EDI: WFFC.COM Feb 13 2015 19:58:00      Wells Fargo Home Mortgage,   PO Box 14411,
                  Des Moines, IA 50306-3411
                                                                                               TOTAL: 3
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2015 at the address(es) listed below:
```
              Brian V. Lee    bvlee@lee-legal.com
              Cheryl E. Rose    trusteerose@aol.com, crose@ecf.epiqsystems.com
                                                                                               TOTAL: 2
```

B9B (Official Form 9B) (Chapter 7 Corporation/Partnership No Asset Case) (12/12)   Case Number **15–12007**

# UNITED STATES BANKRUPTCY COURT
District of Maryland

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/12/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
River Properties, LLC
5305 59th Avenue
Riverdale, MD 20737

| Case Number:<br>15–12007   pm | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>35–2521014 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Brian V. Lee<br>Lee Legal<br>1250 Connecticut Avenue NW<br>Second Floor<br>Washington, DC 20036<br>Telephone number:  (202) 448–5136 | Bankruptcy Trustee (name and address):<br>Cheryl E. Rose<br>12154 Darnestown Road<br>#623<br>Gaithersburg, MD 20878<br>Telephone number:  301–527–7789 |

### Meeting of Creditors
Date: **March 24, 2015**                              Time: **09:30 AM**
Location: **6305 Ivy Lane, Sixth Floor, Greenbelt, MD 20770**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br>Telephone number:  (301) 344–8018 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark A. Neal |
|---|---|
| Visit www.mdb.uscourts.gov for court hours | Date: 2/13/15 |

## EXPLANATIONS

B9B (Official Form 9B) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices