# CORPORATE RESOLUTION REGARDING BANKRUPTCY
# AND AUTHORITY TO FILE FOR RIVER PROPERTIES, LLC

On February 12, 2015, all parties with ownership interest in River Properties, LLC ("the Corporation"), represented by LB Walker, made the following corporate resolutions:

FIRST, it was decided that the Corporation should take all actions necessary to file for bankruptcy under the Chapter deemed most advisable after discussion with counsel;

SECOND, that LB Walker is authorized as directed to take any necessary steps to retain counsel to represent the Corporation in its bankruptcy filing; and

THIRD, that LB Walker shall be appointed Corporate Designee and Representative and have full authority to make all necessary decisions related to the bankruptcy filing.

RIVER PROPERTIES, LLC

_____    Feb 12, 2015
LB Walker,                           Date
Member