

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

```
IN RE:                            :
                                  :
RIVER PROPERTIES, LLC,            :    Case No. 15-12007-PM
                                  :        Chapter 7
        Debtor                    :
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER GRANTING THIRD MOTION TO DISMISS

For the reasons stated on the record at the hearing held on October 26, 2015, it is

ORDERED that the *Third Motion to Dismiss Bankruptcy* filed by Elliot N. Lewis is GRANTED.

[Signed and dated above.]

cc: Debtor; Elliot N. Lewis; e-recipients of notice of orders.

END OF ORDER